

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| OLGA GOMEZ ACOSTA, RAYMUNDO GOMEZ, OLGA GOMEZ CHAVEZ, ROSA MARIA GOMEZ ROMERO, GREGORIO OROZCO, FIDEL MANUEL OROZCO and LUZELENA MELENDEZ, | § § § § § | No. 08-16-00295-CV  Appeal from the  Probate Court No. 1  of El Paso County, Texas |
| Appellants/Cross-Appellees, | § | (TC# 84-P01364) |
| v. | § | |
| VICTOR H. FALVEY, | § | |
| Appellee/Cross-Appellant. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee/Cross-Appellant recover from Appellants/Cross-Appellees and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 21ST DAY OF JUNE, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.